UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLIVIER MIRAMOND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AETNA, INC., MARK T. BERTOLINI, ELLEN M. HANCOCK, BETSY Z. COHEN, FRANK M. CLARK, EDWARD J. LUDWIG, JEFFREY E. GARTEN, FERNANDO AGUIRRE, MOLLY J. COYE, RICHARD J. HARRINGTON, JOSEPH P. NEWHOUSE, ROGER N. FARAH, AND OLYMPIA J. SNOWE,<br><br>Defendants. | Case No. 3:18-cv-00083 |

**NOTICE OF DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses with prejudice as to Plaintiff only and without prejudice as to the putative class in the above-titled action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

//

//

//

//

//

//

| | |
|---|---|
| DATE: March 2, 2018 | Respectfully submitted, |
| **MONTEVERDE & ASSOCIATES PC** | **LEVI & KORSINSKY LLP** |
| Juan E. Monteverde | |
| The Empire State Building | */s/ Shannon L. Hopkins* |
| 350 Fifth Avenue, Suite 4405 | Shannon L. Hopkins |
| New York, NY 10118 | 733 Summer Street, Suite 304 |
| Tel.: (212) 971-1341 | Stamford, CT 06901 |
| Fax: (212) 202-7880 | Tel: (203) 992-4523 |
| jmonteverde@monteverdelaw.com | Fax: (212) 363-7171 |
| | Email: shopkins@zlk.com |
| *Counsel for Plaintiff* | |